IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CRAIG A. PLUMMER,<br>Defendant. | 9:24-PO-05032-KLD<br><br>VIOLATION:<br>9587086<br>Location Code: M18<br><br>ORDER |
|---|---|

Based upon the motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that violation notice 9587086 is DISMISSED, and the arrest warrant issued for Defendant's failure to appear is QUASHED.

IT IS FURTHER ORDERED that the Clerk of Court close case.

DATED this __14th__ day of August, 2004.

_____
Kathleen L. DeSoto
United States Magistrate Judge